IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CRYSTAL SLAUGHTER, ET AL.                                    PLAINTIFFS

VS.                                              CIVIL ACTION NO. 3:04CV38(W)(SU)

CITY OF FOREST, ET AL.                                       DEFENDANTS

### ORDER OF DISMISSAL

This cause is before the court on the Motion To Dismiss filed by Defendant Jimmie Nichols, pursuant to Rule 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure, and the court, having carefully considered the matter and being otherwise fully advised in the premises and with no opposition to the Motion filed by the Plaintiffs, finds that the Motion is well taken and should be sustained. It is therefore

**ORDERED AND ADJUDGED** that Defendant Jimmie Nichols' Motion to Dismiss be, and hereby is, granted. It is further

**ORDERED AND ADJUDGED** that Defendant Jimmie Nichols be, and hereby is, dismissed as a Defendant in this action.

SO ORDERED this the 3rd day of March, 2006.

_____
U.S. District Court Judge