IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CRYSTAL SLAUGHTER, ET AL                                PLAINTIFFS

VS.                                                     CIVIL ACTION NO.:
                                                        3:04cv38WS

CITY OF FOREST, ET AL.

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby orders that all of the Plaintiffs' claims in the above-titled action against Defendants, the City of Forest, Mississippi, Jeff Pitts, Joey Rigby and Tim Lloyd, are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and respective costs incurred in connection with this action.

IT IS, THEREFORE, ORDERED that all of Plaintiffs' claims in the above-titled action are hereby dismissed with prejudice.

SO ORDERED, this the 31st day of August, 2006.

s/ HENRY T. WINGATE
_____
UNITED STATES DISTRICT JUDGE


/s/ Herbert L. Lee, Jr.
HERBERT L. LEE, JR.


/s/ Saundra G. Brown
GARY E. FRIEDMAN
SAUNDRA G. BROWN

JO.99334687.1